CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
GENRO VELA-RODRIQUEZ

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GENARO VELA-RODRIQUEZ,<br><br>　　　　　Defendant. | Case No.:  1:12-cr-00326 AWI<br><br>STIPULATION TO SET CASE FOR CHANGE OF PLEA<br><br>Date:  May 19, 2014<br>Time:  10:00 am<br>Honorable Anthony W. Ishii |

　　　　It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

　　　　This case is currently set for trial on June 17, 2014.  The parties believe that a resolution of the case will be reached, and request that this matter be placed on the court's calendar for a change of plea on May 19, 2014 at 10:00 am.  Time has already been excluded to and through the current trial date

 Dated:  April 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller\_\_\_\_\_
　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　GENARO VELA-RODRIQUEZ

///

///

BENJAMIN B. WAGNER
United States Attorney


By: /s/ Henry Z. Carbajal
HENRY Z. CARBAJAL
Assistant U.S. Attorney


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that this matter be set for May 19, 2014 at 10:00 am for a change of plea.  Time has previously been excluded to and through the currently-set trial date.
.

IT IS SO ORDERED.

Dated:   April 30, 2014                           _____
SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28