BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GENARO VELA-RODRIGUEZ,<br><br>　　　　　　Defendant. | CASE NO. 1:12-cr-00326 AWI-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: September 22, 2014<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 11, 2014 at 10:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **September 22, 2014,** before Judge Ishii. The government does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. Counsel for defendant Genaro Vela-Rodriguez will be in San Francisco on August 11, 2014 at a medical appointment for a family member who has been diagnosed with a very

1

serious medical condition.  Defense counsel is requesting that the sentencing be reset to September 25, 2014, which is a convenient date for his attendance in light of the above-stated circumstances.

     b.     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     c.     The government does not object to the continuance.

IT IS SO STIPULATED.

DATED:     August 7, 2014

/s/Carl Faller
CARL FALLER
Counsel for Defendant
GENARO VELA-RODRIGUEZ

DATED:     August 7, 2014

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   August 7, 2014

_____
SENIOR DISTRICT JUDGE

2