CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
GENRO VELA-RODRIQUEZ

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GENARO VELA-RODRIQUEZ,<br><br>        Defendant. | Case No.: 1:12-cr-00326 AWI<br><br>STIPULATION TO ADVANCE SENTENCING HEARING<br><br>Date:  September 15, 2014<br>Time:  10:00 am<br>Honorable Anthony W. Ishii |

      It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

      This case is currently set for sentencing on September 22, 2014, at 10:00 am.  It is hereby stipulated that the hearing be advanced to September 15, 2014 at 10:00 am

 Dated:  September 8, 2014

                                                    /s/  Carl M. Faller_____
                                                  CARL M. FALLER
                                                  Attorney for Defendant
                                                  GENARO VELA-RODRIQUEZ

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney


                                          By:  /s/ Henry Z. Carbajal_____
                                                 HENRY Z. CARBAJAL
                                                 Assistant U.S. Attorney

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that sentencing in this matter be advanced to September 15, 2014 at 10:00 am.

IT IS SO ORDERED.

Dated:   September 8, 2014                              _____
                                                                            SENIOR DISTRICT JUDGE